AO 245D   (Rev. 03/06) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN   District of   ILLINOIS

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

UNDRA SEAWOOD

Case Number:         3:02CR30032-003-GPM

USM Number:       05945-025

Dan Cronin, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  Standard, Special          of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard #2 | Defendant failed to file timely written reports | 8/1/2010 |
| Standard #6 | Defendant failed to notify probation of his change of residence | 8/31/2010 |
| Standard #11 | Defendant failed to notify probation of contacts w/law enforcement | 9/7/2010 |
| Special | Defendant failed to participate in substance abuse testing | 6/3/2010 |
| Special | Defendant failed to pay financial penalties | 8/1/2010 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   ***-**-4262 | October 4, 2010 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth:   **-**-1978 | |
| | Signature of Judge |
| Defendant's Residence Address: | |
| City: E. St. Louis | |
| State: IL | Hon. G. Patrick Murphy, U. S. District Judge |
| | Name and Title of Judge |
| | 10/04/10 |
| Defendant's Mailing Address: | Date |
| SAME | |

AO 245D    (Rev. 03/06 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page   2

DEFENDANT:          UNDRA SEAWOOD
CASE NUMBER:        3:02CR30032-003-GPM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**10 TOTAL MONTHS on Cts. 1 & 4, to run concurrently.**

☒    The court makes the following recommendations to the Bureau of Prisons:

FCI Greenville IL

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL